**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
28 Geary Street, Ste. 650-1507
Telephone: (415) 839-7000
Facsimile: (888) 410-0415
Email: yeremey@skclassactions.com
       brittany@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Telephone: (617) 377-7404
Facsimile: (888) 410-0415
Email: joel@skclassactions.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE GUERRA, on behalf of himself and all others similarly situated, | CASE NO.: 5:25-cv-08593-NW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| APPLE INC., a corporation, | |
| Defendant. | |

Plaintiff dismisses this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: January 7, 2026

Respectfully submitted,

**SMITH KRIVOSHEY, PC**

By:   */s/ Yeremey O. Krivoshey*
         Yeremey O. Krivoshey

Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
28 Geary Street, Ste. 650-1507
San Francisco, CA 94108
Phone: 415-839-7000
Facsimile: (888) 410-0415
E-Mail:  yeremey@skclassactions.com
              brittany@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

*Attorneys for Plaintiff and the Putative Classes*